UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DUARTE,<br><br>    Plaintiff,<br><br>    v.<br><br>DEMARIO FREELAND, *et al.*,<br><br>    Defendants.<br>_____/ | No. C-05-2780 EMC<br><br>**ORDER RE DISCLOSURE OF INFORMATION RE DEFENDANTS DEMARIO FREELAND AND VUYO MBULI** |

       The Court hereby orders that the Oakland Unified School District provide the following information to Plaintiff:

(1)    the last known addresses and telephone numbers for Demario Freeland and Vuyo Mbuli (collectively "Student Defendants");

(2)    the last known address and telephone number for the guardian(s) of each Student Defendant; and

(3)    an indication whether Student Defendants were minors on the following dates: (for Freeland) December 14, 16, and 18, 2005 and January 6, 2006; and (for Mbuli) December 14, 16, 19, 2005 and January 6, 2006.

The aforementioned information shall be subject to a protective order the terms of which are as follows.

(1)    The information described above at (a), (b) and (c), as provided by the Oakland Unified School District, is collectively designated as "confidential information" subject to this order.

(2) Upon entry of this order, covered confidential information shall be produced by the Oakland Unified School District to Plaintiff within 10 days of the entry of this order. A courtesy copy shall also be lodged (not filed) with the Court.

(3) Covered confidential information may be shown or disclosed only to the following persons:

    (a) The court and its personnel;

    (b) The parties to this action and their counsel of record including Mr. Segovia for Plaintiff; and

    (c) Any individual retained by the parties to assist in the preparation and/or trial of this case (*e.g.*, Plaintiff may share addresses and telephone numbers with process servers for purposes of effecting service of process).

Covered confidential information shall not be disclosed or shown to any other person or entity unless or until the side wishing to make such disclosure secures an order from the Court allowing it to do so.

(4) Covered confidential information shall be used solely for the purpose of assisting the parties in connection with this litigation and not for any other purpose or for any other litigation matter.

(5) The protections offered by this order apply not only to covered confidential information, but also to any copies, excerpts, summaries or compilations thereof, plus testimony, conversations, or presentation by parties of counsel to or in court or in other settings that might reveal the covered confidential information.

(6) The parties and their counsel should each make all reasonable efforts to ensure compliance with this order.

(7) If covered confidential information is improperly disclosed to any person other than in the manner authorized by this order, the party responsible for the disclosure must immediately inform the other party of all pertinent facts relating to such disclosure, including the name and address of each person to whom the disclosure was made, and shall make reasonable efforts to prevent further disclosure by said person(s).

(8) The obligations imposed by this order shall remain in effect unless a Court order otherwise directs.

(9) To the extent Plaintiff already has in his possession the covered confidential information or obtains the covered confidential information from an independent source (*e.g.*, telephone directory, computer search), the terms of this protective order shall not apply.

IT IS SO ORDERED.

Dated: February 22, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE DUARTE,                                      No. C-05-2780 EMC

         Plaintiff,

     v.

DIMARIO FREELAND, *et al.*,                 **CERTIFICATE OF SERVICE**

         Defendants.
_____/

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

Jose Duarte                              *ALL OTHER COUNSEL SERVED VIA*
5319 Broadway Terrace #103         *ELECTRONIC FILING ("E-FILING")*
Oakland, CA 94618

Dated: February 22, 2008               RICHARD W. WIEKING, CLERK

                                            By: _____/s/_____
                                               Leni Doyle
                                               Deputy Clerk