UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DUARTE,<br><br>        Plaintiff,<br><br>    v.<br><br>DEMARIO L. FREELAND, *et al.*,<br><br>        Defendants.<br>_____/ | No. C-05-2780 EMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR AN ORDER CONTROLLING THE INTRODUCTION OF EVIDENCE TO PROTECT PLAINTIFF FROM SURPRISE AND SANDBAGGING AT TRIAL, AND FOR ATTORNEY'S FEES AND COSTS**<br><br>**(Docket No. 105)** |

        On May 21, 2008, the Court held a hearing on Plaintiff Jose Duarte's motion for an order controlling the introduction of evidence to protect him from surprise and sandbagging at trial and for attorney's fees and costs. At the hearing, the Court **DENIED** the motion in its entirety. This order memorializes the Court's rulings.

        1.      The motion is denied because the discovery sought by Mr. Duarte is vast reaching and exceeds that permitted under the Federal Rules of Civil Procedure. Moreover, the Court authorized limited discovery only, that is, only narrowly tailored discovery so that the parties could assess the case for settlement purposes. The Court notes that the interrogatories propounded by Mr. Duarte are especially burdensome, addressing a complaint made up of more than 400 paragraphs and Defendants' answer thereto, containing multiple discrete subparts, and consisting largely of contention interrogatories which are generally disfavored at the outset of a case. The interrogatories propounded by Mr. Duarte shall be deemed withdrawn so that Mr. Duarte may, once full merits discovery is permitted, serve a new set of interrogatories consistent with the applicable rules. The

1 Court notes for all parties that it has not departed from the 25 interrogatory limit as provided for by
2 Federal Rule of Civil Procedure 33(a)(1).

3     2.    Although the Court is denying Mr. Duarte's motion, in order to facilitate settlement
4 discussions, it shall require the School Defendants to provide some information to Mr. Duarte so that
5 the settlement conference scheduled for June 10, 2008, will have meaning. The School Defendants
6 shall produce to Mr. Duarte (if not already provided) all documents that refer or relate to the alleged
7 assault and battery on Mr. Duarte by the Student Defendants and all documents that relate to Mr.
8 Duarte's employment with the District, including Mr. Duarte's personnel file and documents
9 relating to his employment separation from the District. The documents shall be produced to Mr.
10 Duarte, along with a privilege log and a list of documents not produced because Mr. Duarte already
11 has them in his possession, by May 28, 2008. The School Defendants need not produce documents
12 already produced by Mr. Duarte (and hence already in his possession), but shall list such documents.
13 In addition, by the same date, the School Defendants shall provide to Mr. Duarte a declaration which
14 states, by month, the number of teachers that were terminated or rejected for rehire by the District
15 for the period November 2003 to June 2004.

16     3.    The deposition of Linda Halpern shall take place on May 29, 2008, and the
17 deposition of Mr. Duarte shall take place on May 30, 2008. Both depositions shall take place in this
18 courthouse -- more specifically, in the attorney conference room for Courtroom C on the 15th floor
19 of 450 Golden Gate Avenue, San Francisco, California 94102.

20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

4. By May 26, 2008, the School Defendants shall provide to Mr. Duarte the names of the parents of the Student Defendants. The names of the parents shall be subject to the terms of the protective order that the Court issued on February 22, 2008. *See* Docket No. 101 (order).

This order disposes of Docket No. 105.

IT IS SO ORDERED.

Dated: May 22, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge

3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DUARTE,<br><br>    Plaintiff,<br><br>v.<br><br>DEMARIO L. FREELAND, *et al.*,<br><br>    Defendants.<br>_____/ | No. C-05-2780 EMC<br><br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

Jose Duarte  
5319 Broadway Terrace #103  
Oakland, CA 94618

*ALL OTHER COUNSEL SERVED VIA*  
*ELECTRONIC FILING ("E-FILING")*

Dated: May 22, 2008                              RICHARD W. WIEKING, CLERK

                                                          By: _____/s/_____  
                                                                 Leni Doyle  
                                                                 Deputy Clerk