UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE DUARTE,

        Plaintiff,

    v.

DEMARIO L. FREELAND, *et al.*,

        Defendants.
_____/

No. C-05-2780 EMC

**ORDER TO SHOW CAUSE**

At the case management conference held on September 10, 2008, Mr. Duarte and the School Defendants confirmed the agreement to settle. Accordingly, all of the School Defendants will be dismissed, leaving only Mr. Duarte's claims against the Student Defendants (*i.e.*, Demario L. Freeland and Vuyo N. Mbuli).

All of the claims against the Student Defendants are based on state law. The Court thus orders Mr. Duarte to show cause why this case should not be remanded pursuant to 28 U.S.C. § 1367(c)(3) (providing that a court may decline to exercise supplemental jurisdiction over a claim the district courts may decline to exercise supplemental jurisdiction over a claim if it has dismissed all

///
///
///
///
///
///

claims over which it has original jurisdiction).  A response to this order to show cause shall be filed within two weeks of the date of this order.  Should Mr. Duarte concur in a remand, he should so indicate in a filing with the Court.

IT IS SO ORDERED.

Dated: September 12, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DUARTE, | No. C-05-2780 EMC |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| DEMARIO L. FREELAND, *et al.*, | |
| Defendants. | |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

Jose Duarte
5319 Broadway Terrace #103
Oakland, CA 94618

*ALL OTHER COUNSEL SERVED VIA ELECTRONIC FILING ("E-FILING")*

Dated: September 12, 2008       RICHARD W. WIEKING, CLERK

By: _____/s/_____
Leni Doyle
Deputy Clerk